O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUILLERMO COLLASO III, | ) | CASE NO. SA CV 08-00825 RGK (RZ) |
| Petitioner, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| KENNETH CLARK, WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of GUILLERMO COLLASO for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 9, 2009

*[signature: Gary Klausner]*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE